≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

ROBBIE AUTERY and SHANE FULMER

V.

KEVIN DAVIS in his official capacity as Sheriff of Chilton County, Alabama, and individually

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:08-CV-41-WC

TO: (Name and address of Defendant)

Sheriff Kevin Davis
Chilton County Sheriff's Department
500 2nd Avenue North
Room 204
Clanton, AL  35145

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William Eugene Rutledge and Gregory F. Yaghmai, Rutledge & Yaghmai,
3800 Colonnade Parkway, Suite 490, Birmingham, AL  35243
(205) 969-2868    Fax:  (205) 969-2862

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK  [signature]

(By) DEPUTY CLERK

DATE  1-18-08