| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _(signature)_  ☐ Agent  ☑ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>_Quinn_  1/22/c |
| 1. Article Addressed to:<br><br>Sheriff Kevin Davis<br>Chilton County Sheriff's Department<br>500 2nd Avenue North<br>Room 204<br>Clanton, Alabama 35145 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:08CV41-<br>S+C |
| | 3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered        ☐ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(from service label) | 7004 2890 0003 6670 8552 |

Domestic Return Receipt                                                 102595-02-M-1540