IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBBIE AUTERY AND SHANE FULMER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:08-cv-0041-WC |
| ) | |
| KEVIN DAVIS, in his official capacity as ) | |
| Sheriff of Chilton County, Alabama and ) | |
| Individually, ) | |
| ) | |
| Defendant, ) | |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Robbie Autery and Shane Fulmer, a <u>Plaintiffs</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This parties are individuals, or

[ ] This party is a governmental entity, or

[✓] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

/-25-08
Date

Counsel Signature

William Eugene Rutledge
3800 Colonnade Parkway
Suite 490
Birmingham, Alabama
205-969-2868

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, William Eugene Rutledge, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail on this 25th day of January, 2008, to:

C. Winston Sheehan, Jr., Esquire
Allison Alford Ingram, Esquire
BALL, BALL, MATTHEWS & NOVACK, P.C.
P.O. Box 2148
Montgomery, AL 36102

_1-25-08_
Date

_[signature]_
Signature