IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBBIE AUTERY and SHANE FULMER )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>KEVIN DAVIS in his official capacity )<br>as Sheriff of Chilton County, Alabama, )<br>and individually, )<br>)<br>Defendant. ) | CIVIL CASE No. 2:08-CV-41-WC |

## REPORT OF PARTIES' PLANNING MEETING

1. **Appearances:**

   Pursuant to Fed.R.Civ.P. 26(f), a teleconference meeting of the parties' representatives was held on March 12, 2008, and was conducted by telephone with:

   a. Greg Yaghmai, appearing on behalf of Plaintiffs, Robbie Autery and Shane Fulmer and

   b. Winston Sheehan, appearing on behalf of Defendant, Sheriff Kevin Davis.

2. **Parties:**

   a. The Plaintiffs shall have until April 30, 2008, to join any additional parties and to amend the pleadings; and,

   b. The Defendant shall have until May 15, 2008, to join any additional parties and to amend the pleadings.

3. **Dispositive Motions:**

   All potentially dispositive motions must be filed by May 31, 2008.

4. **Expert Testimony:**

Unless modified by stipulation of the parties, the disclosure of expert witnesses, including a complete report under Fed.R.Civ.P. 26(a)(2)(B) from any specially retained or employed expert are due:

    a.    From the Plaintiffs: April 30, 2008.

    b.    From the Defendant: May 31, 2008.

5. **Discovery Limitations and Cutoffs:**

    a.    Unless modified by stipulation of the parties:

    Depositions:

        Maximum of 10 depositions for the Plaintiffs and 10 depositions for each Defendant with a maximum time limit of 8 hours per deposition, unless extended by agreement of the parties.

    Interrogatories:

        Maximum of 40 by the Plaintiffs and 40 by the Defendant, with responses due within 30 days after service.

    Request for Admission:

        Maximum of 20 by the Plaintiffs and 20 by the Defendant, with responses due within 30 days after service.

    Request for Production:

        Maximum of 40 by the Plaintiffs and 40 by the Defendant, with responses due within 30 days after service.

    Supplementation:

    Supplements under Rule 26(e), Fed.R.Civ.P. are due 30 days before the end of discovery.

 b. Pre-discovery disclosure: The parties shall exchange the information required by Local Rule 26.1(a)(1) by April 15, 2008.

 c. Unless modified by court order for good cause shown, all discovery must be commenced in time to be completed by July 15, 2008.

6. **Pre-trial conference:**

This case will be ready for a final pretrial conference on or after August 29, 2008.

7. **Trial:**

This case will be ready for trial by September 29, 2008, and at this time is expected to take approximately 3 days.

8. **Final Lists:**

Final lists of all trial witnesses and exhibits under Fed.R.Civ.P. 26(a)(3) must be served:

 a. By the Plaintiffs: 45 days before trial

 b. By the Defendant 30 days before trial

Objections are to be filed within 15 days after service of final lists.

9. **Scheduling Conference:**

The parties do not request a scheduling conference prior to the entry of the Scheduling Order.

10. **Settlement:**

Settlement cannot be realistically evaluated prior to completion of initial discovery.

Respectfully submitted this 13th day of March, 2008.

/s/ Gregory F. Yaghmai
Gregory F. Yaghmai
Rutledge & Yaghmai
3800 Colonnade Parkway, Suite 490
Birmingham, Alabama 35243
Tel:   205.969.2868
Fax:  205.969.2862


/s/ C. Winston Sheehan, Jr.
C. Winston Sheehan, Jr.
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama  36102-2148
Tel:  334.387.7680
Fax: 334.387.3222

4