IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBBIE AUTERY, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 2:08-cv-41-MEF |
| | ) | |
| KEVIN DAVIS, in his official capacity | ) | |
| as Sheriff of Chilton County, Alabama, | ) | |
| and individually, | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

Upon consideration of the defendant's Motion for Leave to File Amended Answer to

the Complaint (Doc. #15) filed on April 23, 2008, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 29th day of April, 2008.


_____
/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE