IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBBIE AUTERY, *et al.*, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>KEVIN DAVIS, in his official capacity )<br>as Sheriff of Chilton County, Alabama, )<br>and individually, )<br>)<br>Defendant. ) | CASE NO. 2:08-cv-41-MEF |

# **O R D E R**

Upon consideration of the defendant's Motion for Summary Judgment (Doc. #18) filed on May 30, 2008, it is hereby

ORDERED that the motion be submitted without oral argument on June 24, 2008.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before June 17, 2008.  The defendants may file a reply brief on or before June 24, 2008.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this the 3rd day of June, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE