IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROBBIE AUTERY and SHANE FULMER ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL CASE No. 2:08-CV-41-WC |
| ) | |
| KEVIN DAVIS in his official capacity ) | |
| as Sheriff of Chilton County, Alabama, ) | |
| and individually, ) | |
| ) | |
| Defendant. ) | |

## REPORT OF SETTLEMENT CONFERENCE

COME NOW the attorneys for the parties in the above-referenced matter and report that Greg Yaghmai, attorney for the Plaintiffs appeared with Winston Sheehan, the attorney for the Defendant at the Chilton County Courthouse on June 11, 2008, for the purpose of conducting a face-to-face settlement conference.

The attorneys agreed that since there was a pending Motion for Summary Judgment, mediation would not be effective.

Respectfully submitted, this 17th day of June, 2008.

/s/ Gregory F. Yaghmai
Gregory F. Yaghmai
Rutledge & Yaghmai
3800 Colonnade Parkway, Suite 490
Birmingham, Alabama 35243
Tel: 205.969.2868
Fax: 205.969.2862

/s/ C. Winston Sheehan, Jr.
C. Winston Sheehan, Jr.
Ball, Ball, Matthews & Novak, P.A.
2000 Interstate Park Drive, Suite 204
Post Office Box 2148
Montgomery, Alabama 36102-2148
Tel: 334.387.7680
Fax: 334.387.3222