IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ROBBIE AUTERY and SHANE FULMER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | |
| KEVIN DAVIS in his official capacity as | ) | 2:08-CV-41-WC |
| Sheriff of Chilton County, Alabama, and | ) | |
| individually, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF APPEAL</u>**

Come now the Plaintiffs, Robbie Autery and Shane Fulmer, and give notice of their appeal to the United States Court of Appeals for the Eleventh Circuit of the final judgment in this case dated August 13, 2008 granting the defendant's motion for summary judgment and dismissing all claims with prejudice.

Dated this the 19th day of August, 2008.

Respectfully submitted,

 s/*William Eugene Rutledge*
WILLIAM EUGENE RUTLEDGE
ASB-7707-r67w
Attorney for Plaintiffs

OF COUNSEL:

RUTLEDGE & YAGHMAI
3800 Colonnade Parkway
Suite 490
Birmingham, AL 35243
T:  (205) 969-2868
F: (205) 969-2862
williamerutledge@aol.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 19, 2008, I filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

C. Winston Sheehan, Jr., Esq.
Allison Alford Ingram, Esq.
John W. Marsh, Esq.
Ball, Ball, Matthews & Novak, P.A.
P. O. Box 2148
Montgomery, AL 36102-2148


      /s/*William Eugene Rutledge*
      OF COUNSEL