IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| ROBBIE AUTERY, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO. 2:08-cv-41-MEF |
| | ) | |
| KEVIN DAVIS, in his official capacity | ) | (WO) |
| as Sheriff of Chilton County, Alabama, | ) | |
| and individually, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>FINAL JUDGMENT</u>**

In accordance with the Memorandum Opinion and Order entered August 13, 2008

(Doc. # 31), it is the ORDER, JUDGMENT and DECREE of the Court as follows:

(1)  With respect to all claims in this action, judgment is ENTERED in favor of Kevin

Davis and against Plaintiffs Robbie Autery, *et al.*, with Plaintiffs taking nothing by their

claims.

(2) Costs are TAXED in favor of Defendant Kevin Davis and against Plaintiffs

Robbie Autery, *et al*. for which execution may issue.

(3)  The Clerk of the Court is DIRECTED to enter this document on the civil docket

sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and

to close this file.

DONE this the 15th day of September, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

2